IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Alvis Damon Williams, | C/A No.: 3:14-cv-00226-JFA |
| Plaintiff, | |
| v. | ORDER |
| Julius Ness Richardson, Marshall Prince, | |
| Defendants. | |

Plaintiff Alvis Damon Williams ("Plaintiff") brings the above-captioned case against two Assistant United States Attorneys ("Defendants"). In his complaint, Plaintiff alleges that Defendants violated several of Plaintiff's federal constitutional rights in the prosecution of his criminal cases. This matter is before the court on the Magistrate Judge's recommendation to summarily dismiss this action, without prejudice.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation. The Report and Recommendation sets forth the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

Plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on March 25, 2014. ECF No. 10. However, Plaintiff did not file any objections. In the absence of specific objections to the Report of the Magistrate Judge,

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference in its entirety.

Accordingly, Plaintiff's complaint is dismissed in its entirety, without prejudice, and without issuance and service of process.

IT IS SO ORDERED.

June 5, 2014                                                       Joseph F. Anderson, Jr.
Columbia, South Carolina                                 United States District Judge

2